In the Matter of OLIVE COAT COMPANY, INC., Appellant; JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.

Submitted October 24, 1941; decided February 26, 1942.

*Emanuel Redfield* for appellant.

*William C. Chanler, Corporation Counsel* (*Milton Sandberg* and *Sol Charles Levine* of counsel), for respondent.

Order affirmed, with costs. The appellant contended that the provisions of the local law were repugnant to the Commerce Clause and to the Due Process Clause of the Constitution of the United States. This court found these contentions to be invalid. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.